### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:07CR262** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **CLIFTON LYTLE, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the government's motion (Filing No. 56) to vacate the final order of forfeiture (Filing No. 38).

IT IS ORDERED:

1. The government's motion (Filing No. 56) to vacate the final order of forfeiture (Filing No. 38) is granted; and

2. The final order of forfeiture (Filing No. 38) is vacated.

DATED this 16th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge